DEBORAH M. SMITH
Acting United States Attorney

CRANDON RANDELL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99507
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LINDA C. SANDISON,<br><br>　　　　　　Defendant. | No.<br><br>COUNTS 1 - 6:<br>WIRE FRAUD<br>Vio. 18 U.S.C. §1343 |

**INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

Beginning on or about January 17, 2002, and continuing thereafter until at least March 6, 2004, the defendant, LINDA C. SANDISON, within the District of Alaska and elsewhere, knowingly executed a scheme and artifice to obtain money and property owned by Hot Wire Electric, Inc. / Dylans Leasing LLC.

It was a part of the scheme and artifice that the defendant, in her capacity as the book keeper for Hot Wire Electric, Inc., in Anchorage, would fabricate electronic debit journal transactions in legitimate-appearing business categories followed by an offsetting credit amount for the total.

It was further a part of the scheme and artifice that the defendant would then have the company financial institution, KeyBank, issue the fraudulently generated check to defendant's credit card account to pay for personal expenditures.

### Counts 1-6

On or about the dates set forth below, at Anchorage, in the District of Alaska, the defendant, LINDA C. SANDISON, did devise a scheme and artifice to defraud Hot Wire Electric, Inc. / Dylans Leasing LLC, and for the purpose of executing the above-described scheme and artifice, and attempting to do so, caused to be transmitted by wire communication in interstate commerce, electronic signals resulting in the payment by KeyBank, from funds belonging Hot Wire Electric, Inc. / Dylans Leasing LLC., to credit card accounts owned and controlled by defendant, with each transaction alleged as a separate and distinct count:

| Count | Date | Defendant Credit Card Co. | Amount |
|---|---|---|---|
| 1 | 01/17/02 | Capital One Services | $16,161.74 |
| 2 | 03/30/02 | MBNA America | $12,855.35 |
| 3 | 08/09/02 | Capital One Services | $18,530.00 |

| 4 | 08/12/03 | Bank of America Visa | $ 8,272.61 |
| 5 | 02/02/04 | Bank of America Visa | $16,043.65 |
| 6 | 03/06/04 | Bank of America Visa | $15,103.83 |

All of which is in violation of and contrary to Title 18, United States Code, Section 1343.

DATED this 22nd day of February 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
ACTING UNITED STATES ATTORNEY

CRANDON RANDELL
Assistant U.S. Attorney