**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>  UNITED STATES OF AMERICA  </u>   v.   <u>  LINDA C. SANDISON  </u>

THE HONORABLE JOHN D. ROBERTS

DEPUTY CLERK                                         CASE NO. <u> 3:06-cr-00021-JWS </u>

<u> Pam Richter </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 23, 2006

     **ARRAIGNMENT** on Information in the above-captioned case is hereby set for Thursday, March 9, 2006, at 9:30 a.m., before John D. Roberts, U.S. Magistrate Judge, in Magistrate Judge Courtroom **#6**, Federal Building - U.S. Courthouse, 222 West Seventh Avenue, Anchorage, Alaska.

[]{ARRAIGNR.WPD*Rev.3/97}