ALLEN N. DAYAN  
745 West 4th Avenue, Suite 230  
Anchorage, AK  99501  
(907) 277-2330  

Attorney for:  
Defendant Linda C. Sandison  

IN THE UNITED STATES DISTRICT COURT  

FOR THE DISTRICT OF ALASKA  

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.3:06-cr-00021-JWS |
| | ) |
| LINDA C. SANDISON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ENTRY OF APPEARANCE**

Allen N. Dayan enters his appearance as attorney of record for the defendant Linda C. Sandison in the above-captioned action and request that copies of all pleadings filed in this action be mailed to him at 745 West 4th Avenue, Suite 230, Anchorage, Alaska  99501.

DATED this 2nd day of March, 2006, at Anchorage, Alaska.

                                                s/Allen N. Dayan  
                                                745 W. 4th Avenue, Suite 230  
                                                Anchorage, Alaska 99501  
                                                Phone: 907-277-2330  
                                                Fax: 907-277-7780  
                                                Email: dayanlaw@acsalaska.net  
                                                Alaska Bar No. 8811179

<u>Certificate of Service</u>
I hereby certify that on January 12, 2005, a copy of the foregoing was Electronically Served on Crandon Randell