AO 83 (Rev. 12/85) Summons in a Criminal Case

**ORIGINAL**

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

RECEIVED
MAR 0 3 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: 3:06-cr-00021-JWS |
| LINDA C. SANDISON | |
| c/o | |
| 30 | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place<br>Federal Building - U.S. Courthouse<br>222 W. 7th Avenue<br>Anchorage, Alaska 99513 | Room<br>Courtroom 6 |
|---|---|
| Before: Magistrate Judge John D. Roberts | Date and Time<br>Thursday, March 9, 2006 at<br>9:30 a.m. |

To answer a(n)
[ ] Indictment   [XX] Information   [ ] Complaint   [ ] Violation Notice   [ ] Probation Violation Petition

Charging you with a violation of:
Title 18 United States Code, Section(s) 1343

Brief description of offense:
Wire Fraud - Counts 1-6

| Ida Romack, Clerk of Court | February 23, 2006 at Anchorage, AK |
|---|---|
| Signature of Issuing Officer | Date and Location |
| by Pamela R. Richter  Deputy Clerk | |
| Name and Title of Issuing Officer | |

> **NOTICE:** If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 550 W. 7th Avenue, Suite 1600, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]  Date  2-28-06

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☒ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____
Served on attorney Allen Dayan at USMS, Anch.

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 2-28-06
Date

Randy M Johnson
Name of United States Marshal

R. [signature]
(by) Deputy United States Marshal

Remarks:

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.