AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ ALASKA _____

UNITED STATES OF AMERICA
V.
LINDA C. SANDISON

**WAIVER OF INDICTMENT**

CASE NUMBER: 3:06-cr-00021-JWS

I, _____Linda Sandison_____, the above named defendant, who is accused of

_____counts 1-6 Wire Fraud 18 USC §1343_____

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____3/9/06_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Date_

*Linda Sandison*
Defendant

_____
Counsel for Defendant

**REDACTED SIGNATURE**
Before _____
JOHN D. ROBERTS, U.S. MAGISTRATE JUDGE