MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs LINDA C. SANDISON          CASE NO. 3:06-cr-00021-JWS
Defendant: _X_ Present _X_ On Summons

BEFORE THE HONORABLE:          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:         APRIL KARPER

UNITED STATES ATTORNEY:        STEPHAN COLLINS

DEFENDANT'S ATTORNEY:          ALLEN DAYAN

U.S.P.O.:                      PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON INFORMATION HELD MARCH 9, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:53 a.m. court convened.

_X_ Copy of Information given to defendant: waived reading.

_X_ Defendant advised of general rights. _X_ Waived full advisement of rights.

_X_ Defendant advised of charges and penalties.

_X_ Defendant stated true name: Same as above.    Age: 56

_X_ Waiver of Indictment **FILED**.

_X_ PLEAS: Not guilty to counts 1 thru 6 of the Information.

_X_ Personal Recognizance Order **FILED.**

_X_ Order Setting Conditions of Release **FILED.**

_X_ Pretrial motions due **March 29, 2006**; Order for the Progression of a Criminal Case with Trial by Jury & Final Pretrial Date **FILED.**

_X_ Counsel advised of trial date: **May 15, 2006 at 9:00 a.m.** before U.S. District Judge John W. Sedwick. Final Pretrial Conference set for **May 15, 2006 at 8:30 a.m.**

_X_ OTHER: Court and counsel heard re defendant's intent to change plea.

At 10:06 a.m. court adjourned.


DATE:    March 9, 2006        DEPUTY CLERK'S INITIALS:   ak