ALLEN N. DAYAN
745 West 4th Avenue, Suite 230
Anchorage, AK  99501
(907) 277-2330

Attorney for:
Defendant Linda C. Sandison

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.3:06-cr-00021-JWS ) |
| LINDA C. SANDISON, | ) ) |
| Defendant. | ) ) |

**NOTICE OF INTENT TO CHANGE PLEA AND
REQUEST FOR CHANGE OF PLEA HEARING**

COMES NOW, defendant Linda C. Sandison, by and through her attorney of record, Allen N. Dayan, and hereby gives notice of her intent to change her plea in the above-captioned action, and hereby requests that a change of plea hearing be scheduled.

DATED this 21st day of March, 2006, at Anchorage, Alaska.

s/Allen N. Dayan
745 W. 4th Avenue, Suite 230
Anchorage, Alaska 99501
Phone: 907-277-2330
Fax: 907-277-7780
Email: dayanlaw@acsalaska.net
Alaska Bar No. 8811179

<u>Certificate of Service</u>
I hereby certify that on March 21, 2006, a copy of the foregoing was Electronically Served on AUSA Crandon Randell