**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

*UNITED STATES OF AMERICA*   v.   *LINDA C. SANDISON*

THE HONORABLE JOHN W. SEDWICK        CASE NO. 3:06-cr-00021 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**        Date:  March 24, 2006

    The court will conduct a proposed change of plea hearing at **8:30 AM** on **April 14, 2006,** in Courtroom 3.  The final pre-trial conference and trial dates on May 15, 2006, are **VACATED**.