DEBORAH M. SMITH
Acting United States Attorney

CRANDON RANDELL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel.:  907/271-5071
Phone: 907-271-1500
email: crandon.randell@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00021-01-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SENTENCING MEMORANDUM** |
| v. | ) | |
| | ) | |
| LINDA C. SANDISON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

   COMES NOW the United States of America, by and through counsel, and hereby submits this Sentencing Memorandum.

   The government agrees with guideline calculations as determined by the probation officer. With a Total Offense Level of 18, defendant's imprisonment range is 27 to 33 months. PSR,¶ 4. This is consistent with the estimate set forth in Plea Agreement.

This case appears to be a garden variety embezzlement scheme, although $315,000 in stolen funds is certainly worthy of note.

Therefore, the government recommends a mid-level sentence to be followed by three years of Supervised Release. Restitution should be ordered in accordance with PSR, ¶ 96.

RESPECTFULLY SUBMITTED this 30th day of June, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney


s/Crandon Randell
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel.:  907/271-5071
Phone: 907-271-1500
email: crandon.randell@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2006, a copy of the foregoing was served electronically on

Allen Dayan


s/ Crandon Randell

U.S. V. SANDISON
CASE #: 3:06-cr-00021-JWS