ALLEN N. DAYAN
745 West 4th Avenue, Suite 230
Anchorage, AK 99501
(907) 277-2330
dayanlaw@acsalaska.net

Attorney for:
Defendant Linda C. Sandison

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,
Plaintiff,

vs.

LINDA C. SANDISON,
Defendant.

Case No.3:06-cr-00021-JWS

**UNOPPOSED MOTION ON SHORTENED TIME TO ACCEPT LATE FILED SENTENCING MEMORANDUM**

COMES NOW the Defendant, Linda C. Sandison, by and through his counsel Allen N. Dayan, and moves the Court to accept defendant's late filed sentencing memorandum in the above referenced matter. Defense counsel spoke with Assistant U.S. Attorney, Crandon Randell and he does not oppose this motion.

A period of excludable delay under 18 U.S.C. 3161(h) may occur as a result of the filing/granting/denying of the Defendant's motion.

DATED this 3RD day of JuLY, 2006, at Anchorage, Alaska.

s/Allen N. Dayan
745 W. 4th Avenue, Suite 230
Anchorage, Alaska 99501
Phone: 907-277-2330
Fax: 907-277-7780
Email: dayanlaw@acsalaska.net
Alaska Bar No. 8811179

ALLEN N. DAYAN
745 West 4th Avenue, Suite 230
Anchorage, AK 99501
(907) 277-2330
dayanlaw@acsalaska.net

Attorney for:
Defendant Vernon Risinger

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs. ) Case No. 3:06-cr-021-JWS

Linda C. Sandison,

Defendant.

**ORDER GRANTING UNOPPOSED MOTION TO ACCEPT LATE FILED SENTENCING MEMORANDUM**

Defendant's Motion to Accept late filed sentencing memorandum is GRANTED.

DATED this _____ day of ______________, 2006.

_______________________________
John W. Sedwick
United States District Court Judge

Certificate of Service

I hereby certify that on July 3, 2006, a copy of the foregoing Motion to Accept late filed Sentencing Memorandum and Proposed Order was Electronically Served on Assistant U.S. Attorney, Crandon Randell

s/Allen N. Dayan