IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:06-cr-00021-JWS |
| ) | |
| Linda C. Sandison, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING UNOPPOSED MOTION TO ACCEPT
LATE FILED SENTENCING MEMORANDUM**

Defendant's Motion to Accept late filed sentencing memorandum is GRANTED.

DATED this  3rd  day of July, 2006.

          /s/JOHN W. SEDWICK
          John W. Sedwick
          United States District Court Judge